AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| LOU DIBELLA <br><br> *Plaintiff(s)* <br><br> v. <br><br> JASON GUILLOT and <br> THALHIMER REALTY PARTNERS, INC., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.   3:26cv486 <br> ) <br> ) <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JASON GUILLOT
203 Paxton Road
Richmond, VA 23226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/29/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:26cv486

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jason Guillot

was received by me on *(date)*        05/29/2026        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   Lucy Guillot, wife of

Jason Guillott at 203 Paxton Rd Richmond V  , a person of suitable age and discretion who resides there,

on *(date)*      05/29/2026       , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $    125.95    for services, for a total of $    125.95    .

I declare under penalty of perjury that this information is true.

Date:      06/01/2026                    *Cenn O Nenner*
                                         Server's signature     .

                              Carroll O. Neuner Private Process Server
                                         Printed name and title

                              12000 Market St #223 Reston VA 20190

                                         Server's address

Additional information regarding attempted service, etc:
Documents served; Summons in a Civil Action, Complaint and Civil Cover Sheet with Attachment