AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

|  |  |  |
|---|---|---|
| LOU DIBELLA | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   3:26cv486 |
| v. | ) ) ) | |
| JASON GUILLOT and THALHIMER REALTY PARTNERS, INC., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THALHIMER REALTY PARTNERS, INC.
11100 West Broad Street
Glen Allen, VA 23060

Registered Agent: CT Corp. System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/29/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:26cv486

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Thalhimer Realty Partners, Inc., Reg Agent CT Corp System

was received by me on *(date)*     05/29/2026

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Nikolas Williams, Intake Agent   , who is

designated by law to accept service of process on behalf of *(name of organization)*   CT Corporation System as Reg

Agent for Thalhimer Realty Partners, Inc.   on *(date)*   05/29/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $   125.95   for services, for a total of $   125.95

I declare under penalty of perjury that this information is true.

Date:   06/01/2026          *Carroll O Neuner*
                                              *Server's signature*

                              Carroll O. Neuner Private Process Server
                                              *Printed name and title*

                              12000 Market St #223 Reston VA 20190
                                              *Server's address*

Additional information regarding attempted service, etc:
Documents served; Summons in a Civil Action, Complaint and Civil Cover Sheet with Attachment