# Exhibit A

MILB

5/30 Thurs

Angel Rodgers.

- Serious Allegation
- Guillot says I threatened his life and fam if I don't get .8 acre parcel.
- told her false, Larry and multiple witnesses and Guillot drinking.
- told her Larry there for every word.
- hung up on her
- text that I'm unprofessional.

MiLB

2

MiLB

to talk to Larry because
I need to do deal with
VCU so that infrastructure
work could begun.
- I said no obligation,
no way, and that I
was upset that she'd
bring this shit up
when ~~and~~ [illegible]
a false criminal allegation
against me in same
conversations.

Angie Rodgers call back

- talked to Larry. No apology
- told her I was defamed and she said nonsense. Explained that Guillot defamed me.
- told her I was accused of federal crime. Asked for investigation. She said no. Asked if she was cops or FBI.
- said she discussed business with Larry. That I'm not getting ~~[illegible]~~ parcel, and that I need

(up to Thalhimer)