AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Lou DiBella<br>*Plaintiff*<br>v.<br>Jason Guillot & Thalhimer Realty Partners, Inc.<br>*Defendant* | ) ) ) ) ) | Case No. 3:26-cv-00486-DJN |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lou DiBella, Plaintiff .

Date: 09/28/2026

/s/ Marietta J. Leone
*Attorney's signature*

Marietta J. Leone, VSB No. 99999
*Printed name and bar number*

CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
*Address*

marietta@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

(202) 478-0475
*FAX number*